382 A.2d 744

Commonwealth v. Dailey, Appellant.

Submitted June 13, 1977. Gerald C. Grimaud, Public Defender, for appellant; Leonard Simpson, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

382 A.2d 744

Commonwealth v. Dale, Appellant.

Submitted December 6, 1976. Edward F. Browne, Jr., Assistant Public Defender, for appellant; John A. Kenneff, Assistant District Attorney, and D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.